**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **HERMITAGE DEVELOPERS, INC.,** | ) | **Case No. 311-00145** |
| | ) | **Chapter 11** |
| | ) | **Judge Harrison** |
| **Debtor.** | ) | |

<u>**AGREED ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 1112(b)**</u>

This matter came before the Court as a result of the U.S. Trustee's Motion to Convert Debtor's Case Pursuant to 11 U.S.C. §1112(b) (the U.S. Trustee's Motion). The Parties agree that cause exists for dismissal or conversion of Debtor's case pursuant to 11 U.S.C. § 1112(b). The Parties believe that dismissal is the appropriate action which is in the best interest of all creditors. Therefore, the U.S. Trustee's Motion is resolved and it appears to the Court, as evidenced by the signatures of counsel below, that the parties agree to the entry of this Order on the following terms:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that pursuant to 11 U.S.C. § 1112(b) the Debtor's case is hereby **DISMISSED**.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY**
**AS INDICATED AT THE TOP OF THE FIRST PAGE**

SUBMITTED FOR ENTRY:

DANIEL M. MCDERMOTT,
UNITED STATES TRUSTEE, REGION 8

/S/ CHARLES M WALKER
CHARLES M. WALKER (TN BPR #19884)
OFFICE OF US TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203
(615) 736-2254
Fax : 615-736-2260
Email: charles.walker@usdoj.gov


/S/ STEVEN L. LEFKOVITZ
STEPHEN L. LEFKOVITZ
LAW OFFICES LEFKOVITZ & LEFKOVITZ
618 CHURCH ST STE 410
NASHVILLE, TN 37219
615 256-8300
Fax : 615 255-4516
Email: slefkovitz@lefkovitz.com